# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

DUSTIN WEBER,

    Plaintiff,

v.

GREAT LAKES EDUCATIONAL LOAN SERVICES, INC.,

    Defendant.

Case No. 13-cv-291

Removed from:
Dane County Circuit Court
Case No. 13-CV-0143

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, Great Lakes Educational Loan Services, Inc., by and through its counsel, Michael Best & Friedrich LLP, hereby moves the Court for Summary Judgment. This Motion is supported by the accompanying Brief and Declarations of Marc J. Storch and Melissa H. Burkland.

Dated this 6th day of January, 2014.

    **MICHAEL BEST & FRIEDRICH LLP**

    By: /s/ Melissa H. Burkland
        Michelle L. Dama, SBN 1041809
        Nathan L. Moenck, SBN 1066208
        Melissa H. Burkland, SBN 1071443
        One South Pinckney Street, Suite 700
        P.O. Box 1806
        Madison, WI 53701-1806
        Phone: (608) 257-3501
        Fax: (608) 283-2275
        Email: mldama@michaelbest.com
               nlmoenck@michaelbest.com
               mhburkland@michaelbest.com

    Attorneys for Defendant Great Lakes Educational Loan Services, Inc.