## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

DUSTIN WEBER,

        Plaintiff,                          JUDGMENT IN A CIVIL CASE

v.                                       Case No. 13-CV-291-WMC

GREAT LAKES EDUCATIONAL
LOAN SERVICES, INC.,

        Defendant.

     This action came for consideration before the court with District Judge William M. Conley   presiding.  The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant Great Lakes Educational Loan

Services, Inc. and dismissing this case.

| s/Peter Oppeneer | 4/29/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |