**EXHIBIT A**

| Date | Name / Invoice Number | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|
| 02/28/2013 | | 57.00 | 0.15 | 8.55 | Photocopying |
| 04/11/2013 | Invoice=1236442 | 57.00 | 0.15 | 8.55 | |
| 04/19/2013 | | 1.00 | 1.25 | 1.25 | Outside Copies - Cash - Copy of signed letter |
| 05/09/2013 | Invoice=1240507 | 1.00 | 1.25 | 1.25 | from Dane County Clerk of Court. |
| | Voucher=970462 Paid | | | | |
| | | | | | Check #35281  04/30/2013 |
| 04/26/2013 | | 23.00 | 0.15 | 3.45 | Photocopying |
| 05/09/2013 | Invoice=1240507 | 23.00 | 0.15 | 3.45 | |
| 04/26/2013 | | 1.00 | 350.00 | 350.00 | Filing Fee for Notice of Removal - Clerk of |
| 06/12/2013 | Invoice=1244720 | 1.00 | 350.00 | 350.00 | District Court |
| | Voucher=973284 Paid | | | | Vendor=Clerk of US District Court  Balance= .00  Amount= |
| | | | | | 350.00 |
| | | | | | Check #PE3113k  06/17/2013 |
| 11/11/2013 | | 1.00 | 66.80 | 66.80 | Professional Services - Verbatim Reporting, |
| 12/12/2013 | Invoice=1269150 | 1.00 | 66.80 | 66.80 | Limited - Copy of Marc Storch deposition, taken |
| | | | | | on 11/11/2013. |
| | Voucher=988216 Paid | | | | Vendor=Verbatim Reporting, Limited  Balance= .00  Amount= |
| | | | | | 66.80 |
| | | | | | Check #111310  11/29/2013 |
| 11/12/2013 | | 8.00 | 0.15 | 1.20 | Photocopying |
| 12/12/2013 | Invoice=1269150 | 8.00 | 0.15 | 1.20 | |
| 01/03/2014 | | 1.00 | 534.37 | 534.37 | Professional Services - Verbatim Reporting, |
| 02/14/2014 | Invoice=1276646 | 1.00 | 534.37 | 534.37 | Limited - Transcript & Video for Deposition of: |
| | | | | | Joy Pagel, taken on 1/2/2014. |
| | Voucher=992021 Paid | | | | Vendor=Verbatim Reporting, Limited  Balance= .00  Amount= |
| | | | | | 534.37 |
| | | | | | Check #112154  01/15/2014 |
| 01/03/2014 | | 1.00 | 16.62 | 16.62 | Outside Copies - Wisconsin State Law Library |
| 03/12/2014 | Invoice=1280793 | 1.00 | 16.62 | 16.62 | |
| | Voucher=995737 Paid | | | | Vendor=Wisconsin State Law Library  Balance= .00  Amount= |
| | | | | | 57.44 |
| | | | | | Check #36493  02/27/2014 |


www.Verbatim-Madison.com

Michelle Dama, Attorney
Michael Best & Friedrich
1 S. Pinckney Street, Suite 700
Madison, WI 53703

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 8901 | 11/18/2013 | 4679 |
| Job Date | | Case No. |
| 11/11/2013 | | 13-CV-291 |
| Case Name | | |
| Dustin Weber vs. Great Lakes Educational Loan Services, Inc. | | |
| Payment Terms | | |
| Net 30 - 1.5%/month thereafter | | |

ONE CONDENSED COPY OF THE FOLLOWING DEPOSITION:
   Marc Storch                                                                                              62.40
      Exhibits-Hard copy, scanned            11.00 Pages           4.40

                                                                                           **TOTAL DUE >>>     $66.80**

Complimentary e-Transcript.

   Thank you. Your business is appreciated.
We now take Visa/MasterCard/Discover for payments.



*Please pay.*
*Charge Great Lakes/Weber*
*096617-0084*
*MLD/fw*

**Tax ID:** 13-4232114

*Please detach bottom portion and return with payment.*

Michelle Dama, Attorney
Michael Best & Friedrich
1 S. Pinckney Street, Suite 700
Madison, WI 53703

Invoice No.   : 8901
Invoice Date  : 11/18/2013
**Total Due**     : **$ 66.80**

Remit To: **Verbatim Reporting, Limited**
            **2 East Mifflin Street, Suite 102**
            **Madison, WI 53703**

Job No.    : 4679
BU ID     : Verbatim
Case No.   : 13-CV-291
Case Name  : Dustin Weber vs. Great Lakes Educational Loan Services, Inc.



www.Verbatim-Madison.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 9085 | 1/3/2014 | 4796 |
| Job Date | Case No. | |
| 1/2/2014 | 13-CV-291 | |

| Case Name |
|---|
| Dustin Weber vs. Great Lakes Educational Loan Services, Inc. |

| Payment Terms |
|---|
| Net 30 - 1.5%/month thereafter |



Melissa Burkland
Michael Best & Friedrich
1 S. Pinckney Street, Suite 700
Madison, WI 53703

---

ORIGINAL AND ONE CONDENSED COPY OF THE FOLLOWING DEPOSITION:

| | | | |
|---|---|---|---|
| Joy Pagel | | | 161.25 |
|    Reporter Attendance | 2.00 | Hours | 40.00 |
|    Scanned Exhibits | 17.00 | Pages | 3.40 |
|    Rough ASCII | 33.00 | Pages | 33.00 |
| VIDEO OF THE FOLLOWING: | | | |
| Joy Pagel - Video | | | 0.00 |
|    Videographer Setup/Breakdown Time | | | 150.00 |
|    Videographer Attendance | 1.25 | Hours | 106.25 |
|    DVD(s) | | | 25.00 |
|    Tax - Video Services and DVD(s) | | | 15.47 |
| **TOTAL DUE >>>** | | | **$534.37** |

Complimentary e-Transcript.

Thank you. Your business is appreciated.
We now take Visa/MasterCard/Discover for payments.

*Plz pay*
*M H Burkland*
*096617- 0084*

**Tax ID:** 13-4232114

*Please detach bottom portion and return with payment.*

---

Melissa Burkland
Michael Best & Friedrich
1 S. Pinckney Street, Suite 700
Madison, WI 53703

Job No. : 4796  BU ID : Verbatim
Case No. : 13-CV-291
Case Name : Dustin Weber vs. Great Lakes Educational Loan Services, Inc.
Invoice No. : 9085  Invoice Date : 1/3/2014
Total Due : $ 534.37

Remit To: **Verbatim Reporting, Limited
2 East Mifflin Street, Suite 102
Madison, WI 53703**



**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

| | | | |
|---|---|---|---|
| | | | Auditron Number: 1 |

| | | | |
|---|---|---|---|
| Date 1/3/2014 | Self-Serve Copies | 10 | $ 1.50 |
| | Computer Printouts (self serve) | | $ |
| Name Lou Jelling | Fiche to print copies | 95 | $ 14.25 |
| | Staff-Assisted Copies/Printouts | | $ |
| Law Firm or Agency Name MB&F | Ready for pickup copies | | $ |
| | Faxed copies | | $ |
| | Mailed/Inter-D copies | | $ |
| Address & Phone 96617-84 | E-mailed copies | | $ |
| | Fines | | $ |
| For: Buckland | Forms | | $ |
| leg hist 427.104 | Interlibrary Loan | | $ |
| | | | $ |
| | Total | | $ 15.75 |

For staff use:
| BILL | NO CHARGE |
|---|---|
| | |

CS-191, 04/06

105 x .15 = 15.75
+ .87 tax
16.62

```
                    04-19-2013

Carlo Esqueda
Dane County Clerk of Court
Courthouse
215 S Hamilton St
Madison WI 53703-3285
Receipt:  13RS029827
Payor:  Michael Best and Friedrich
Debtor/Party:  Michael Best and Friedric
h

Sched         Owed($)  Paid($)  Bal.($)
CF               1.25     1.25     0.00

Cash($):                          5.00

Total($):                         5.00
Applied($):                       1.25
Change($):                        3.75


If payment is made by check, this
receipt is not valid if the check does
not clear the bank.
```